**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CONSTITUTION PIPELINE COMPANY, LLC<br><br>Plaintiff,<br><br>v.<br><br>A PERMANENT EASEMENT FOR 0.37 ACRES AND TEMPORARY EASEMENTS FOR 0.55 ACRES, IN DAVENPORT, DELAWARE COUNTY, NEW YORK, TAX PARCEL NUMBER 32.-1-34.2, GEORGE M. SYDLAR, et al.<br><br>Defendants. | CIVIL ACTION<br><br>Case No. 3:14-cv-02108-NAM-RFT<br><br>**Electronically Filed** |

**ORDER**

AND NOW, this 14th day of March, 2015, upon consideration of Plaintiff's Omnibus Motion for Preliminary Injunction for Possession of Rights of Way by February 16, 2015 Pursuant to the Natural Gas Act and Federal Rules of Civil Procedure 71.1 and 65, and the documents and arguments submitted in reference thereto, the Motion is hereby GRANTED and:

(a) Upon filing the bond required below, beginning February 16, 2015, Plaintiff Constitution Pipeline Company, LLC ("Constitution") is granted access to, possession of and entry to the following Rights of Way:

1. A permanent right of way and easement, containing 0.37 acres, as described as "Area of Permanent Right of Way" in Exhibit A attached hereto, for the purpose of constructing, operating, maintaining, altering, repairing, changing the size of, replacing and removing a pipeline and all related equipment and appurtenances thereto (including but not limited to meters, fittings, tie-overs, valves, cathodic protection equipment and launchers and receivers) for the transportation of natural gas, or its byproducts, and other substances as approved by the Federal Energy Regulatory Commission pursuant to the Natural Gas Act and the Order of

the Federal Energy Regulatory Commission dated December 2, 2014, Docket Nos. CP13-499-000 and CP13-502-000, 149 FERC ¶ 61,199 (2014); together with all rights and benefits necessary or convenient for the full enjoyment or use of the right of way and easement. Defendants shall have a right of ingress and egress across the permanent right of way, but Defendants shall not build any permanent structures on said permanent right of way or any part thereof, shall not change the grade of said permanent right of way, or any part thereof, shall not plant trees on said permanent right of way, or any part thereof, or use said permanent right of way or any part thereof for a road, or use said permanent right of way or any part thereof in such a way as to interfere with Plaintiff's immediate and unimpeded access to said permanent right of way, or otherwise interfere with Plaintiff's lawful exercise of any of the rights herein granted without first having obtained Plaintiff's approval in writing, and Defendants will not permit others to do any of said acts without first having obtained Plaintiff's approval in writing, except that the landowner may construct a single driveway that crosses the permanent right of way perpendicularly after providing reasonable notice to Plaintiff provided that Defendants do not excavate or change the grade of the permanent right of way during construction of said driveway. Plaintiff shall have the right to cut the driveway if necessary to access the pipeline, but will restore the driveway to its original condition. Within the permanent right of way, Plaintiff shall also have the right from time to time at no additional cost to Defendants to cut and remove all trees including trees considered as a growing crop, all undergrowth and any other obstructions that may injure, endanger or interfere with the construction and use of said pipeline and all related equipment and appurtenances thereto.

2. Temporary easements of 0.55 acres, as described as "Area of Temporary Workspace" and "Area of Additional Temporary Workspace" in Exhibit A attached hereto, for use during the pipeline construction and restoration period only for the purpose of ingress, egress and regress and to enter upon, clear off and use for construction and all activities required by the Order of the Federal Energy Regulatory Commission dated December 2, 2014, Docket Nos. CP13-499-000 and CP13-502-000, 149 FERC ¶ 61,199 (2014).

(b) Constitution shall post a bond in the amount of $12,000.00 as security for the payment of just compensation to Defendants.

(c) Constitution shall record this Order in the County Clerk's Office of Delaware County, New York.

IT IS SO ORDERED.

Norman A. Mordue
Senior U.S. District Judge

**EXHIBIT A**




| NO. | DATE | BY | REVISION DESCRIPTION | W.O. NO. | CHK. | APP. |
|---|---|---|---|---|---|---|
| 3 | 07-02-14 | GIE | REVISED WS – ISSUED FOR CONDEMNATION APPROVAL | 1110415 | | |
| 4 | 08-05-14 | GIE | APPROVED | 1110415 | | |
| 5 | 09-22-14 | GIE | REVISED – ISSUED FOR CONDEMNATION APPROVAL | 1110415 | | |
| 6 | 09-30-14 | GIE | REVISED – ISSUED FOR CONDEMNATION APPROVAL | 1110415 | | |
| 7 | 10-01-14 | GIE | APPROVED | 1110415 | | |

| | | | |
|---|---|---|---|
| DRAWN BY: GIE | DATE: 11-11-13 | ISSUED FOR BID: | SCALE: 1"= 200' |
| CHECKED BY: MAC | DATE: 11-12-13 | ISSUED FOR CONSTRUCTION: | |
| APPROVED BY: DPS | DATE: 09-30-14 | DRAWING NUMBER: 26-06-85/75.28-1-7 | SHEET 1 OF 4 |
| WO: 1110415 | | | |

9:36:52 AM 10/1/2014
H:_tdm\1574\100 – Constitution Pipeline\3 Pipeline\Condemnation\NY-DE-124.001-1_C.dwg

## ℄ PROPOSED 30" NATURAL GAS PIPELINE

| POINT# | BEARING | DISTANCE |
|---|---|---|
| 1–2 | S 83°21'11" E | 326.70' |

## 50' WIDE PERMANENT EASEMENT

| POINT# | BEARING | DISTANCE |
|---|---|---|
| 3–4 | S 83°21'11" E | 308.04' |
| 4–5 | S 06°15'11" W | 50.00' |
| 5–6 | N 83°21'11" W | 343.82' |
| 6–7 | N 39°59'12" E | 18.50' |
| 7–8 | N 41°51'16" E | 21.49' |
| 8–3 | N 43°43'20" E | 21.29' |

## 50' WIDE TEMPORARY WORKSPACE

| POINT# | BEARING | DISTANCE |
|---|---|---|
| 9–5 | S 83°21'11" E | 281.47' |
| 5–10 | S 06°15'11" W | 50.00' |
| 10–11 | N 83°21'11" W | 281.82' |
| 11–9 | N 06°38'49" E | 50.00' |

## 10' WIDE TEMPORARY WORKSPACE

| POINT# | BEARING | DISTANCE |
|---|---|---|
| 12–13 | N 06°38'49" E | 10.00' |
| 13–14 | S 83°21'11" E | 251.24' |
| 14–4 | S 06°15'11" W | 10.00' |
| 4–12 | N 83°21'11" W | 251.31' |

## 50'x150' ADDITIONAL TEMPORARY WORKSPACE

| POINT# | BEARING | DISTANCE |
|---|---|---|
| 11–15 | S 83°21'11" E | 150.00' |
| 15–16 | S 06°38'49" W | 50.00' |
| 16–17 | N 83°21'11" W | 150.00' |
| 17–11 | N 06°38'49" E | 50.00' |




DATE: 10/3/14

NYSPLS LIC. NO. 050820
DONALD P. SCHEL
MASER CONSULTING P.A.

| DRAWING NO. | REFERENCE TITLE |
|---|---|
| 26-03-70/0001-77 | ALIGNMENT SHEET |

CONSTITUTION PIPELINE COMPANY, LLC
PROPOSED 30" NATURAL GAS PIPELINE
CROSSING PROPERTY OF
GEORGE M. SYDLAR, Sr. and DENISE M. SYDLAR,
husband and wife
TOWN OF DAVENPORT – DELAWARE COUNTY, NEW YORK




| NO. | DATE | BY | REVISION DESCRIPTION | W.O. NO. | CHK. | APP. |
|---|---|---|---|---|---|---|
| A | 11-11-13 | GIE | ISSUED FOR CONDEMNATION APPROVAL | 1110415 | | |
| 5 | 09-22-14 | GIE | REVISED – ISSUED FOR CONDEMNATION APPROVAL | 1110415 | | |
| 6 | 09-30-14 | GIE | REVISED – ISSUED FOR CONDEMNATION APPROVAL | 1110415 | | |
| 7 | 10-01-14 | GIE | APPROVED | 1110415 | | |

| | | | |
|---|---|---|---|
| DRAWN BY: GIE | DATE: 11-11-13 | ISSUED FOR BID: | SCALE: NONE |
| CHECKED BY: MAC | DATE: 11-12-13 | ISSUED FOR CONSTRUCTION: | |
| APPROVED BY: DPS | DATE: 09-30-14 | DRAWING NUMBER: 26-06-85/75.28-2-7 | SHEET 2 OF 4 |
| WO: 1110415 | | | |

9:36:22 AM 10/1/2014
H:_bim\1574\100 – Constitution Pipeline\3 Pipeline\Condemnation\NY-DE-124.001-2_C.dwg

DESCRIPTION FOR THE PROPOSED 50' PERMANENT EASEMENT
ACROSS PROPERTY OF
GEORGE M. SYDLAR, SR. and DENISE M. SYDLAR,
husband and wife
TAX PARCEL ID # 32.-1-34.2
DEED BOOK 584, PAGE 496
LOCATED IN TOWN OF DAVENPORT
DELAWARE COUNTY, NEW YORK

Commencing at a point in the West boundary line of the aforementioned property, said point being the North corner and Point of Commencement; thence along a connecting course, S 56°04'10" W a distance of 403.20 feet to a point, said point being the Point of Beginning for the said Proposed 50' Permanent Easement;

Thence, S 83°21'11" E a distance of 308.04 feet to a point in the division line between the lands of Douglas W. and Amelia Smith to the East and lands of George M. Sydlar, Sr., et ux, to the West;

Thence along said division line, S 06°15'11" W a distance of 50.00 feet to a point;

Thence through the lands of George M. Sydlar, Sr., et ux, N 83°21'11" W a distance of 343.82 feet to a point in the said West boundary line;

Thence, N 39°59'12" E a distance of 18.50 feet to a point;

Thence, N 41°51'16" E a distance of 21.49 feet to a point;

Thence, N 43°43'20" E a distance of 21.29 feet to the Point of Beginning containing 0.37 acres.

All this is more fully shown on Drawing No. 26-06-85/75.28-1 thru 4 entitled "Constitution Pipeline Company, LLC - Property of George M. Sydlar, Sr. and Denise M. Sydlar, husband and wife - Located in Town of Davenport, - Delaware County, New York" dated October 01, 2014.

[Seal: STATE OF NEW YORK — DONALD PHILIP SCHEL — LICENSED LAND SURVEYOR — 050820]

NYSPLS LIC. NO. 050820
DONALD P. SCHEL
MASER CONSULTING P.A.

DATE: 10/3/14

| DRAWING NO. | REFERENCE TITLE |
|---|---|
| 26-03-70/0001-77 | ALIGNMENT SHEET |

CONSTITUTION PIPELINE COMPANY, LLC
PROPOSED 30" NATURAL GAS PIPELINE
CROSSING PROPERTY OF
GEORGE M. SYDLAR, Sr. and DENISE M. SYDLAR,
husband and wife
TOWN OF DAVENPORT - DELAWARE COUNTY, NEW YORK




| NO. | DATE | BY | REVISION DESCRIPTION | W.O. NO. | CHK. | APP. |
|---|---|---|---|---|---|---|
| 5 | 09-22-14 | GIE | REVISED - ISSUED FOR CONDEMNATION APPROVAL | 1110415 | | |
| 6 | 09-30-14 | GIE | REVISED - ISSUED FOR CONDEMNATION APPROVAL | 1110415 | | |
| 7 | 10-01-14 | GIE | APPROVED | 1110415 | | |

| | | | |
|---|---|---|---|
| DRAWN BY: GIE | DATE: 08-13-14 | ISSUED FOR BID: | SCALE: NONE |
| CHECKED BY: CL | DATE: 09-12-14 | ISSUED FOR CONSTRUCTION: | |
| APPROVED BY: DPS | DATE: 09-30-14 | DRAWING NUMBER: 26-06-85/75.28-3-7 | SHEET 3 OF 4 |
| WO: 1110415 | | | |

9:38:57 AM 10/1/2014
H:_bim\1574\100 - Constitution Pipeline\3 Pipeline\Condemnation\NY-DE-124.001-3_C.dwg

DESCRIPTION FOR THE PROPOSED 50' TEMPORARY WORKSPACE

Beginning at a point located S 21°38'32" E a distance of 56.78 feet from the said Point of Beginning for the Proposed 50' Permanent Easement;

Thence, S 83°21'11" E a distance of 281.47 feet to a point in the division line between the lands of Douglas W. and Amelia Smith to the East and lands of George M. Sydlar, Sr., et ux, to the West;

Thence along said division line, S 06°15'11" W a distance of 50.00 feet to a point;

Thence through the lands of George M. Sydlar, Sr., et ux, N 83°21'11" W a distance of 281.82 feet to a point;

Thence, N 06°38'49" E a distance of 50.00 feet to the Point of Beginning containing 0.32 acre.

The 0.32 acre being part of the 0.38 acre total as shown on Sheet 1 "Area of Temporary Workspace".

DESCRIPTION FOR THE PROPOSED 10' TEMPORARY WORKSPACE

Beginning at a point located S 83°21'11" E a distance of 56.73 feet from the said Point of Beginning for the Proposed 50' Permanent Easement;

Thence, N 06°38'49" E a distance of 10.00 feet to a point;

Thence, S 83°21'11" E a distance of 251.24 feet to a point in the division line between the lands of Douglas W. and Amelia Smith to the East and lands of George M. Sydlar, Sr., et ux, to the West;

Thence along said division line, S 06°15'11" W a distance of 10.00 feet to a point;

Thence through the lands of George M. Sydlar, Sr., et ux, N 83°21'11" W a distance of 251.31 feet to the Point of Beginning containing 0.06 acre;

The 0.06 acre being part of the 0.38 acre total as shown on Sheet 1 "Area of Temporary Workspace".

DESCRIPTION FOR THE PROPOSED 50'x150' ADDITIONAL TEMPORARY WORKSPACE

Beginning at a point located S 08°24'53" E a distance of 103.56 feet from the said Point of Beginning for the Proposed 50' Permanent Easement;

Thence, S 83°21'11" E a distance of 150.00 feet to a point;
Thence, S 06°38'49" W a distance of 50.00 feet to a point;
Thence, N 83°21'11" W a distance of 150.00 feet to a point;
Thence, N 06°38'49" E a distance of 50.00 feet to the Point of Beginning containing 0.17 acre.

STATE OF NEW YORK — DONALD PHILIP SCHEL — 050820 — LICENSED LAND SURVEYOR

NYSPLS LIC. NO. 050820
DONALD P. SCHEL
MASER CONSULTING P.A.

DATE: 10/3/14

| DRAWING NO. | REFERENCE TITLE |
|---|---|
| 26-03-70/0001-77 | ALIGNMENT SHEET |

CONSTITUTION PIPELINE COMPANY, LLC
PROPOSED 30" NATURAL GAS PIPELINE
CROSSING PROPERTY OF
GEORGE M. SYDLAR, Sr. and DENISE M. SYDLAR, husband and wife
TOWN OF DAVENPORT - DELAWARE COUNTY, NEW YORK

CONSTITUTION PIPELINE

| NO. | DATE | BY | REVISION DESCRIPTION | W.O. NO. | CHK. | APP. |
|---|---|---|---|---|---|---|
| 5 | 09-22-14 | GIE | REVISED - ISSUED FOR CONDEMNATION APPROVAL | 1110415 | | |
| 6 | 09-30-14 | GIE | REVISED - ISSUED FOR CONDEMNATION APPROVAL | 1110415 | | |
| 7 | 10-01-14 | GIE | APPROVED | 1110415 | | |

| | | | |
|---|---|---|---|
| DRAWN BY: GIE | DATE: 08-14-14 | ISSUED FOR BID: | SCALE: NONE |
| CHECKED BY: CL | DATE: 09-12-14 | ISSUED FOR CONSTRUCTION: | |
| APPROVED BY: DPS | DATE: 09-30-14 | DRAWING NUMBER: 26-06-85/75.28-4-7 | SHEET 4 OF 4 |
| WO: 1110415 | | | |

9:38:31 AM 10/1/2014
H:_tdm\1574\100 - Constitution Pipeline\3 Pipeline\Condemnation\NY-DE-124.001-4_C.dwg